# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 02-644-1 |
| Respondent, | : | |
| | : | CIVIL NO. 09-4555 |
| v. | : | |
| | : | |
| EDWARD BELLINGER, a/k/a | : | |
| MATTHEW BELLINGER, a/k/a | : | |
| CARLOS KEY, | : | |
| Petitioner | : | |

## ORDER

AND NOW, this 24th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Petitioner Edward Bellinger's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 108) is DENIED without a hearing. The Court finds no ground upon which to issue a certificate of appeal.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\02-644 US v. Bellinger\02-644-1 Bellinger Habeas Order.wpd